[No. 20872–1–I.   Division One.   December 30, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TUPUONO IESE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–8–02690–8, Patricia H. Aitken, J., entered July 30, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman, A.C.J., and Williams, J.

[Nos. 21230–3–I; 21284–2–I.   Division One.   December 30, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RALF HEINZ EBERHARD, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 87–1–02640–6, Liem E. Tuai, J., entered October 13, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman, A.C.J., and Williams, J.

[No. 20925–6–I.   Division One.   December 30, 1988.]

*In the Matter of* R.C.

BARBRA CERVINE, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85–7–00596–0, Richard M. Ishikawa, J., entered July 9, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Pekelis and Winsor, JJ.